USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PARRISH LEE,

                Plaintiff,                06 Civ. 4003   (PAC) (KNF)

- against -                           ORDER

TRANS UNION LLC,

                Defendant.
----------------------------------------x

HONORABLE PAUL A. CROTTY, United States District Judge:

Pro se Plaintiff Parrish Lee ("Lee") brings this action against Defendant Trans Union LLC ("Trans Union"), alleging violations of the Fair Credit Reporting Act. The action was removed to federal court on May 25, 2006. On April 9, 2007, Magistrate Judge Fox granted Trans Union's motion for sanctions against Lee for his failure to comply with two of the court's orders requiring him to participate in court conferences. Despite the sanctions, Lee has not communicated with the court in any way, nor did he attend the scheduled conference on May 16, 2007. Consequently, Magistrate Fox issued a Report and Recommendation on May 18, 2007 recommending the dismissal of the case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court orders. No objections were received. Finding no clear error, see Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003), the Court adopts the Report and Recommendation. The case is dismissed with prejudice.

The Clerk of the Court is ORDERED to close out this case.

Dated: New York, New York
       August 21, 2007                    SO ORDERED

                                                 _____
                                                 PAUL A. CROTTY
                                                 United States District Judge

Copies Mailed To:
Parrish Lee
67 Macombs Place Apt 4A
New York, NY 10039

Timothy P. Creech
Satzberg, Trichon and Kogan
1818 Market Street
Philadelphia, PA 19103
215-575-7600
Fax: 215-575-7688
Email: tcreech@mstkw.com